# NOVEMBER 7, 1945

### W. W. ELLIOTT V. THE STATE.

No. 23205. Delivered November 7, 1945.

The opinion states the case.

*J. M. Parker,* of Gorman, for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for attempting to pass as true a forged instrument, punishment assessed being two years in the penitentiary.

No statement of facts is brought forward. We find several bills of exception in the record, but none of them contains a recital of sufficient facts to enable the court to appraise the bills in the absence of the evidence produced upon the trial.

The judgment is affirmed.